Edward Saenz, Jr.
461 5th Ave #20
San Diego, CA 92101

FILING FEE PAID Yes___ No ✓
IFP MOTION FILED Yes___ No ✓
COPIES SENT TO Court ✓ ProSe

FILED
MAR 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# IN THE SOUTHERN DISTRICT COURT FOR
## THE STATE OF CALIFORNIA,
### DIVISION ONE

In re EDWARD SAENZ, JR

On Writ of Habeas Corpus

IN PROPRIA PERSONA          /

CASE No. CV **'08 CV 0566 WQH RBB**
Superior Court No. CD 173567
Habeas Corpus No. 19005

WRIT OF HABEAS FOR
PETITON FOR REVEIEW (DE NOVO)

    Defendant now comes before the Court in the above-entitled matter for "review" [de novo] under clause for a Writ of Habeas Corpus and it's declaration thereof, within the meaning of a "formal <u>investigation</u> into the facts related to his claims, allegations, and/or documentation of the findings with specificity of law or regulations, including the decision to grant or deny (considering single page, unresponsive decisions by appellate).

    The defendant has been denied this "formal investigation" under the clauses of law throughout the judicial process before this higher Court, whom has the authority to grant cert. Whereas, he comes here today for consideration by submittal of DE NOVO and its declaration, thereby, asking the Court to do what is legal, moral, and right, opposed to the current situation at hand.

    Thereby, request this Court to grant the petition for failure by lower Courts to follow the scope of the law on the merits presented beforehand, and in the furtherance of justice for the wrongs suffered by the indifference of the judicial system, thus allowing others the right passage of the Constitution and not him, creating a prejudicial mean. It is important to recognize that the defendant attempts to ascertain his claims pursuant to his petition in lieu of the Appellate inappropriate method, and once again, stands on the merits of claims submitted are valid and upheld by California Court(s). Thereby, leaving the defendant helpless and without cause.

    Thus, granting the issuance of the defendant's "Writ" and ordering compliance with the sentencing Court to correct and provide an "amended" Abstract of Judgment (AoJ) would be a great advantage to all participants.

    Also, the defendant moves that the Court will adequately and effectively provide a "review" and include the necessary motion and documentation fro the defendant to move forward (if necessary). Otherwise the defendant is without remedy save by his "Writ".

Further, the Court should not be judging by "external" standard, but rather "true" standard. This is clearly outlined within the previous motion. This is an injustice to the defendant and the citizen's of the United States.

No matter the outcome, **HOFSHEIER** and most recently **STOW** (and many alike) whom had sex with a minor had be relieved of their registration requirement, thus affording the defendant and others the opportunity of the same. However, the defendant is placed in "another" category and denied his Constitutional right. This is a requirement nor a privilege and should be removed accordingly promptly.

This declaration is submitted in conjunction with previous motion and documentation to provide a sound judgment of granting a cert for the Court. This should not be a "battle of the wills", but what is Constitutional and right among the laws, not just adherence to such as at pertains. I continually fight an upheaval battle with the judicial system while being on parole and keeping within the compounds of conditions of parole and yet get penalized for doing such.

I Edward Saenz, Jr., declare under the penalty of perjury the foregoing is true and correct, and this declaration was executed n this _18_ day of _March_, 200_8_, in San Diego, California.

Respectfully submitted,

*Edward M. Saenz Jr.*
EDWARD M. SAENZ, JR.

MARY JAMESON
AUTOMATIC APPEALS SUPERVISOR

JORGE NAVARRETE
SUPERVISING DEPUTY CLERK

SAN FRANCISCO

NATALIE ROBINSON
SUPERVISING DEPUTY CLERK

LOS ANGELES



# Supreme Court of California

FREDERICK K. OHLRICH
COURT ADMINISTRATOR AND
CLERK OF THE SUPREME COURT

☐ SAN FRANCISCO 94102
EARL WARREN BUILDING
350 McALLISTER STREET
(415) 865-7000

☐ LOS ANGELES 90013
RONALD REAGAN BUILDING
300 SOUTH SPRING STREET
(213) 830-7570

March 3, 2008

Edward M. Saenz, Jr.,
461 5th Avenue, #20
San Diego, CA., 92101

Re:   S161199-D051810  In re edward M. Saenz on habeas corpus on review

Dear Mr. Saenz:

The court has considered your application for relief from default and petition for review. Your application for relief from default has been denied. (Cal. Rules of Court, rule 8.60(e).)

The court has directed that the petition for review be returned to you. We are returning herewith the original of the petition for review and copies of your petition.

Very truly yours,

FREDERICK K. OHLRICH
Court Administrator and
Clerk of the Supreme Court

By: T. Wright, Deputy Clerk

Enclosure

cc:   Office of the District Attorney
      Office of the Attorney General

Edward M. Saenz, Jr.
461 5th Ave,
#20
San Diego, CA 92101

## IN THE CALIFORNIA SUPREME

| | |
|---|---|
| In re EDWARD M. SAENZ, Jr. | Superior Court Case No. _CD 173 567_____ |
| | Habeas Corpus No. 19005_____ |
| | Supreme Court No. _D051910_____ |
| On Writ of Habeas Corpus | WRIT OF HABEAS CORPUS ON AN |
| | APPICATION FOR RELIEF FROM DEFAULT |
| IN PROPRIA PERSONA_____ / | |

### I. INTRODUCTION

I, the defendant now comes before the Court in the above-entitled matter for "review" Application Relief from Default" of my Writ of Habeas Corpus, upon the request of the Court letter of February 14, 2008, thus declaring that I have been unable to make certain deadlines as indicated due to being part of a "Relapse Prevention", including other participations.

Therefore, I ask this Court to understand the difficulties in preparing such documents during inappropriate periods. I have done the best with the knowledge and access available related to my claim and documentation of the findings within the specificity of law or regulations, including making every attempt possible to follow all guidelines.

Furthermore, with the being the final step within the California Courts, please give me the opportunity to have my claim heard before this Court and for consideration by submittal of this application for relief from default. Thereby, requests the Court to grant my petition in the furtherance of justice and it's deliberate indifference of the judicial system and the prejudicial means thereof.

Therefore, it is important to recognize I have made attempts to ascertain my claims pursuant my petition in lieu of the Supreme Court granting cert., and the merits of his claims are valid.

This declaration is prepared and declared under the penalty of perjury that the foregoing is true and correct, and this declaration was executed on this _22_ day of _February_, 200_8_, at _San Diego_, California.

Respectfully submitted,

*Edward M. Saenz Jr.* (signature)
IN PROPRIA PERSONA

RECEIVED
FEB 2 6 2008
CLERK SUPREME COURT

**S161199**

IN THE CALFORNIA SUPREME COURT

IN E EDWARD M. SAENZ                D051810

On

HABEAS CORPUS

Petition for Review

Edward Saenz, Jr.,
461 5th Avenue, #20
San Diego, CA., 92101

Edward Saenz, Jr.
461 5th Ave #20
San Diego, CA 92101

## IN THE CALIFORNIA SUPREME

| | |
|---|---|
| In re EDWARD SAENZ, JR | Superior Court No. CD 173567 |
| On Writ of Habeas Corpus | Habeas Corpus No. 19005 |
| IN PROPRIA PERSONA         / | WRIT OF HABEAS FOR PETITON FOR REVEIEW (DE NOVO) |

  Defendant now comes before the Court in the above-entitled matter for "review" [de novo] under clause for a Writ of Habeas Corpus and it's declaration thereof, within the meaning of a "formal <u>investigation</u> into the facts related to his claims, allegations, and/or documentation of the findings with specificity of law or regulations, including the decision to grant or deny (considering single page, unresponsive decisions by appellate).

  The defendant has been denied this "formal investigation" under the clauses of law throughout the judicial process before this higher Court, whom has the authority to grant cert. Whereas, he comes here today for consideration by submittal of DE NOVO and its declaration.

  Thereby, request this Court to grant the petition for failure by lower Courts to follow the scope of the law on the merits presented beforehand, and in the furtherance of justice for the wrongs suffered by the indifference of the judicial system, thus allowing others the right passage of the Constitution and not him, creating a prejudicial mean. It is important to recognize that the defendant attempts to ascertain his claims pursuant to his petition in lieu of the Appellate inappropriate method, and once again, stands on the merits of claims submitted are valid and upheld by California Court(s). Thereby, leaving the defendant helpless and without cause.

  Thus, granting the issuance of the defendant's "Writ" and ordering compliance with the sentencing Court to correct and provide an "amended" Abstract of Judgment (AoJ) would be a great advantage to all participants.

  Also, the defendant moves that the Court will adequately and effectively provide a "review" and include the necessary motion and documentation for the defendant to move forward (if necessary). Otherwise the defendant is without remedy save by his "Writ".

  Further, the Court should not be judging by "external" standard, but rather "true" standard. This is clearly outlined within the previous motion. This is an injustice to the defendant and the citizen's of the United States.

RECEIVED

FEB 1 4 2008

CLERK SUPREME COURT

No matter the outcome, **HOFSHEIER** and most recently **STOW** (and many alike) whom had sex with a minor had be relieved of their registration requirement, thus affording the defendant and others the opportunity of the same. However, the defendant is placed in "another" category and denied his Constitutional right.

This declaration is submitted in conjunction with previous motion and documentation to provide a sound judgment of granting a cert for the Court.

I Edward Saenz, Jr., declare under the penalty of perjury the foregoing is true and correct, and this declaration was executed on this 8TH day of FEBUARY, 2008, in San Diego, California.

Respectfully submitted,

*Edward M. Saenz Jr.*
EDWARD M. SAENZ, JR.

COURT OF APPEAL - FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

FILED
Stephen M. Kelly, Clerk
JAN 31 2008
Court of Appeal Fourth District

| In re EDWARD M SAENZ on Habeas Corpus. | D051810 (San Diego County Super. Ct. No. SCD 173567) |
|---|---|

THE COURT:

The petition for writ of habeas corpus has been read and considered by Justices Benke, Nares and Aaron.

Petitioner pleaded guilty to one count of violating Penal Code section 288, subdivision (a). The factual basis for his plea was he "committed a lewd and lascivious act on the body part of [a] child under the age of 14 years old with the intent [of] arousing and gratifying my sexual desires." Petitioner was sentenced to prison for three years and ordered to register as a sex offender pursuant to Penal Code section 290.

In the instant petition, petitioner presents no specific legal claim for relief, facts, or documentary support. The petition is therefore denied for failing to state a prima facie case for relief. (*People v. Duvall* (1995) 9 Cal.4th 464, 474-475.)

The petition is denied.

_____
NARES, Acting P. J.

Copies to: All parties

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Edward Saenz, Jr.

**DEFENDANTS**

Unknown

2254   1983

FILING FEE PAID
Yes ___  No ✓

IFP MOTION FILED
Yes ___  No ✓

COPIES SENT TO
Court ___  ProSe ✓

FILED
MAR 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Edward Saenz, Jr.
461 5th Avenue
#20
San Diego, CA 92101

**ATTORNEYS (IF KNOWN)**

'08 CV 0566 WQH RBB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX
(For Diversity Cases Only)  FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE ___   Docket Number ___

DATE  3/25/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Null