**FILED**

2008 APR 18 PM 2: 21

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

08CV0566WQH(JMA)

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 149952      - MS

April 18, 2008
09:32:04

**Habeas Corpus**

Amount.:                  $5.00 MO
Check#.: 57507135356

Total-> $5.00

FROM: EDWARD SAENZ, JR VS
      UNKNOWN