1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                       FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

11  **EDWARD SAENZ, JR.,**                        08-0566 WQH (JMA)
12                                   Petitioner,
                                                  **ORDER GRANTING**
13                                                **RESPONDENT'S REQUEST**
                                                  **FOR AN ENLARGEMENT OF**
        **v.**                                    **TIME TO FILE A MOTION**
14                                                **TO DISMISS**
    **SECRETARY OF THE DEPARTMENT OF**            **(28 U.S.C. § 2254)**
15  **CORRECTIONS AND REHABILATION, et al.,**
16                                  Respondent.

17

18       Good cause appearing, Respondent's request for an enlargement of time to file a

19  motion to dismiss is **GRANTED**.  Respondent may file a motion to dismiss not later than

20  **September 10, 2008**.  Petitioner may file an Opposition to Respondent's motion to dismiss not

21  later than **October 20, 2008.**

22       **IT IS SO ORDERED.**

23  DATED:  September 8, 2008

24                                      _____
                                        Jan M. Adler
25                                      U.S. Magistrate Judge

26

27

28

ORDER                                                                    08cv0566

                                        1