1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  ERIKA HIRAMATSU, State Bar No. 190883
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone:  (619) 645-2224
     Fax:  (619) 645-2191
9    Email:  Erika.Hiramatsu@doj.ca.gov

10  Attorneys for Respondents

11

12              IN THE UNITED STATES DISTRICT COURT

13           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15  **EDWARD MARTIN SAENZ, JR.,**          08-0566 WQH (JMA)

16                           Petitioner,   **NOTICE OF LODGMENT IN 28
                                           U.S.C. § 2254 HABEAS CORPUS**
17        **v.**                           **CASE**

18  **SECRETARY OF THE DEPT. OF CORR.**          *To Be Sent To*
    **AND REHAB., et al.,**                      *Clerk's Office*
19
                             Respondents.
20

21

22         Pursuant to this Court's Order filed July 22, 2008, and Rules 5(c) and (d) of the Rules

23  Governing Section 2254 Cases in the United States District Courts (*eff.* Dec. 1, 2004), Respondent

24  lodges the following records with the court:

25         1.   Felony Complaint, *People v. Saenz*; San Diego Superior Court No. CD173567;

26         2.   San Diego Superior Court Minutes of Pre-Disposition Readiness Hearing on June 23,

27  2003, in *People v. Saenz*, No. SCD173567;

28  ///

08cv0566

3.      Felony Change of Plea Form filed June 23, 2003, in *People v. Saenz*, San Diego Superior Court No. SCD173567;

4.      San Diego Superior Court Minutes of Sentencing Hearing on July 22, 2003, in *People v. Saenz*, No. SCD173567;

5.      Habeas Petition No. HC19005, filed in San Diego Superior Court on July 20, 2007 (signed July 15, 2007);

6.      Order Denying Petition for Writ of Habeas Corpus, filed September 11, 2007, in San Diego Superior Court No. HC19005;

7.      Habeas Petition No. D051810, filed in the California Court of Appeal on October 10, 2007 (signed September 25, 2007);

8.      Order Denying Petition for Writ of Habeas Corpus, filed January 31, 2008, in Court of Appeal No. D051810;

9.      Docket (Register of Actions) in California Supreme Court No. S161199, Saenz (Edward M.) on H.C. from http://appellatecases.courtinfo.ca.gov, California Appellate Court Case Information; and

10.    Order denying relief from default, filed February 26, 2008, in California Supreme Court No. S161199.

/ / /

/ / /

/ / /

08cv0566

1          Because these lodged documents are copies, Respondent does not request that they be

2  returned.

3          Dated:  September 10, 2008

4                         Respectfully submitted,

5                         EDMUND G. BROWN JR.
Attorney General of the State of California

6                         DANE R. GILLETTE
Chief Assistant Attorney General

7

8                         GARY W. SCHONS
Senior Assistant Attorney General

9                         KEVIN VIENNA
Supervising Deputy Attorney General

10

11                          s/Erika Hiramatsu
ERIKA HIRAMATSU

12                         Deputy Attorney General
Attorneys for Respondents

13

14

    80280620.wpd

15    SD2008700706

16

17

18

19

20

21

22

23

24

25

26

27

28